UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY,<br><br>         Plaintiff,<br><br>v.<br><br>VIZCARRA,<br><br>         Defendant. | Case No.: 3:18-cv-2911-JAH-AHG<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE**<br><br>**[ECF No. 44]** |

Before the Court is Plaintiff Shannon Riley's ("Plaintiff") Motion for Transcripts at Government Expense. ECF No. 44. Plaintiff, proceeding *pro se* and *in forma pauperis*, filed his Second Amended Complaint pursuant to 42 U.S.C. § 1983 relating to incidents that occurred while incarcerated at Richard J. Donovan Correctional Facility in San Diego, California. ECF No. 24. Defendants moved to dismiss certain claims, and the Court dismissed all claims in Plaintiff's Second Amended Complaint, except the First and Eighth Amendment claims against Defendant Vizcarra arising from a March 18, 2018 incident. ECF Nos. 28, 32, 37. Plaintiff filed a notice of his appeal to the Ninth Circuit on July 8, 2020, seeking a reversal of the District Court's order. ECF No. 40.

In the instant motion, Plaintiff seeks copies of the district court transcript to submit to the Ninth Circuit with his appeal. ECF No. 44. Plaintiff argues that, without copies of the district court filings, he will be unable to effectively litigate his appeal or respond to

Defendants' appellate briefs. *Id*. However, on July 23, 2020, the Ninth Circuit dismissed Plaintiff's appeal because the order challenged in the appeal is not final or appealable. ECF No. 45 (citing FED. R. CIV. P. 54(b) and *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981)). Thus, without a pending appeal, Plaintiff's motion is **DENIED AS MOOT without prejudice**.

**IT IS SO ORDERED.**

Dated: July 23, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge